CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−00583−PJS−JJG

Gomez v. Davol, Inc. et al
Assigned to: Judge Patrick J. Schiltz
Referred to: Magistrate Judge Jeanne J. Graham
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 02/29/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Maria C. Gomez** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2008 | " 1 | COMPLAINT against Davol, Inc., C. R. Bard, Inc. ( Filing fee $ 350 receipt number 20180.) assigned to Judge Patrick J. Schiltz per Master referred to Magistrate Judge Jeanne J. Graham, filed by Maria C. Gomez. (Attachments: # 1 Civil Cover Sheet) (VEM) (Entered: 02/29/2008) |
| 02/29/2008 | " | Summons Issued as to Davol, Inc., C. R. Bard, Inc. (VEM) (Entered: 02/29/2008) |
| 03/06/2008 | " 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian L. Burlew (Defense Counsel for Service of Process) on 3/6/2008 by Maria C. Gomez. Waiver of Service due by 4/7/2008. (Attachments: # 1 Attached Waiver Form, # 2 Certificate of Service)(Johnson, Charles) (Entered: 03/06/2008) |
| 03/20/2008 | " 3 | WAIVER OF SERVICE Returned Executed filed by Maria C. Gomez. Davol, Inc. waiver sent on 3/6/2008, answer due 5/5/2008; C. R. Bard, Inc. waiver sent on 3/6/2008, answer due 5/5/2008. (Johnson, Charles) (Entered: 03/20/2008) |
| 04/16/2008 | " 4 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−17) from the Judicial Panel on Multidistrict Litigation: the Panel transferred to the US District States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings. Assigned to the Honorable Mary E. Lisi. (VEM) (Entered: 04/16/2008) |